IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIEL SILBERMANN and CHRISTY SILBERMANN, | CV 22-133-M-DLC-KLD |
| Plaintiffs, | |
| vs. | ORDER |
| RICHARD HERMANNS, HERMANNS FAMILY HOLDINGS CORPORATION, NANETTE F. WISE, KATHLEEN R. DODD, NEW WEST INVESTEMENTS, LLC D/B/A KELLER WILLIAMS REALTY NORTHWEST MONTANA and DOES 1 through 20, | |
| Defendants. | |
| RICHARD HERMANNS and HERMANNS FAMILY HOLDINGS CORPORATION, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| DANIEL SILBERMANN and CHRISTY SILBERMANN, | |
| Counterclaim Defendants. | |

Plaintiffs/Counterclaim Defendants move for the admission of Brett Godfrey to practice before this Court in this case with Clifton W. Hayden to act as local counsel.  Mr. Godfrey's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs/Counterclaim Defendants' motion to admit Brett Godfrey pro hac vice is GRANTED on the condition that Mr. Godfrey shall do his own work.  This means that Mr. Godfrey must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally.   Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF").  Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.  Mr. Godfrey may move for the admission pro hac vice of one (1) associate of his firm.  Such associate, if duly admitted, shall be authorized to participate in this case on the same terms and conditions as Mr. Godfrey.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Godfrey, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above.

DATED this 15th day of February, 2024.

Kathleen L. DeSoto
United States Magistrate Judge