IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIEL SILBERMANN and CHRISTY SILBERMANN, | CV 22–133–M–DLC–KLD |
| Plaintiffs, | ORDER |
| vs. | |
| RICHARD HERMANNS, HERMANNS FAMILY HOLDINGS CORPORATION, NANETTE F. WISE, KATHLEEN R. DODD, NEW WEST INVESTMENTS, LLC D/B/A KELLER WILLIAMS REALTY NORTHWEST MONTANA and DOES 1 through 20, | |
| Defendants. | |
| RICHARD HERMANNS and HERMANNS FAMILY HOLDINGS CORPORATION, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| DANIEL SILBERMANN and CHRISTY SILBERMANN, | |
| Counterclaim Defendants. | |

1

Before the Court is Plaintiffs' Emergency Motion to Modify Scheduling Order. (Doc. 43.) The Hermanns filed their Response in Opposition to Plaintiffs' Emergency Motion today. (Doc. 44.) Given the unique circumstances of Plaintiffs' request, the Court finds that an expedited briefing schedule is warranted.

Accordingly, IT IS ORDERED that Defendant New West Investments, LLC have until Friday, February 23, 2024, to file a response brief. The Court will not consider a reply brief.

DATED this 20th day of February, 2024.

_____
Dana L. Christensen, District Judge
United States District Court