IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIEL SILBERMANN and CHRISTY SILBERMANN, | CV 22–133–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| RICHARD HERMANNS, HERMANNS FAMILY HOLDINGS CORPORATION, NANETTE F. WISE, KATHLEEN R. DODD, NEW WEST INVESTMENTS, LLC D/B/A KELLER WILLIAMS REALTY NORTHWEST MONTANA and DOES 1 through 20, | |
| Defendants. | |
| RICHARD HERMANNS and HERMANNS FAMILY HOLDINGS CORPORATION, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| DANIEL SILBERMANN and CHRISTY SILBERMANN, | |
| Counterclaim Defendants. | |

1

Plaintiffs/Counterclaim Defendants Daniel Silbermann and Christy Silbermann have filed an Unopposed Motion to Appear at the Pretrial Conference Virtually.  (Doc. 67.)  Silbermanns explain that they both reside in Texas while their trial counsel, Brett Godfrey, resides in Colorado.  (*Id.* at 2.)

Accordingly, IT IS ORDERED that Silbermanns and Mr. Godfrey may attend the pretrial conference set for June 6, 2024, remotely.  All other counsel of record must appear in person.

DATED this 7th day of May, 2024.

_____
Dana L. Christensen, District Judge
United States District Court