IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DANIEL SILBERMANN and CHRISTY SILBERMANN, | CV 22–133–M–DLC |
| Plaintiffs, | ORDER |
| vs. | |
| RICHARD HERMANNS, HERMANNS FAMILY HOLDINGS CORPORATION, | |
| Defendants. | |
| ──────────────── | |
| RICHARD HERMANNS and HERMANNS FAMILY HOLDINGS CORPORATION, | |
| Counterclaim Plaintiffs, | |
| vs. | |
| DANIEL SILBERMANN and CHRISTY SILBERMANN, | |
| Counterclaim Defendants. | |

Upon stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees. The Clerk of Court is directed to close this file.

1

DATED this 11th day of July, 2024.

/s/ Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court